UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-92 |
| AISHA THOMPSON | SECTION "R" |

## AMENDED ORDER

Considering the foregoing unopposed[1] Motion for Early Termination of Probation filed by defendant Aisha Thompson,[2]

**IT IS HEREBY ORDERED** that Aisha Thompson's Motion for Early Termination of Probation is GRANTED. The probation of Aisha Thompson is hereby terminated.

New Orleans, Louisiana, this __9th__ day of September, 2024.[3]

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

1   R. Doc. 362.
2   R. Doc. 352.
3   The original order listed the wrong signing date.